United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS AGUIRRE, | No. C-06-4024 MMC |
| Plaintiff, | **ORDER DENYING AS MOOT APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendant | |

The Court is in receipt of plaintiff Jesus Aguirre's Application To Proceed In Forma Pauperis, filed October 23, 2007. By order filed June 30, 2006, the instant action was dismissed, for the reasons stated therein.

Accordingly, no filing fee is due at this time and the Application is hereby DENIED as moot.

**IT IS SO ORDERED.**

Dated: October 25, 2007

MAXINE M. CHESNEY
United States District Judge